■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO PENA, Appellant. [625 NYS2d 942] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated February 22, 1994 (People v Pena, 201 AD2d 676), affirming a judgment of the Supreme Court, Queens County, rendered April 10, 1992, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Miller, O'Brien and Altman, JJ., concur.